# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ACCESS FOR THE DISABLED, INC.,
a Florida not for profit corporation,
and DENISE PAYNE,

                Plaintiffs,

-vs-                              Case No.  3:09-cv-1236-J-34MCR

R. I. FADJEM, INC., a Florida corporation,

                Defendant.
_____

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Dkt. No. 16; Stipulation) filed on May 17, 2010. In the Stipulation, the parties state that they agree to the dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of May, 2010.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record